I. NEEL CHATTERJEE (CA STATE BAR NO. 173985)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025
TELEPHONE: +1-650-614-7400
FACSIMILE: +1-650-614-7401
EMAIL: nchatterjee@orrick.com

*Attorneys for Petitioner*
Fashion GPS, Inc.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 16 80030 MISC.

*In re* SUBPOENA *DUCES TECUM* TO Dropbox, Inc.

MISCELLANEOUS ACTION:

REQUEST FOR IDENTITY OF INFRINGERS PURSUANT TO 17 U.S.C. § 512(H)

Petitioner Fashion GPS, Inc. ("Fashion GPS"), through its undersigned counsel of record, hereby requests that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h), the Digital Millennium Copyright Act ("DMCA")'s subpoena provisions. The proposed DMCA Subpoena is submitted concurrently herewith.

By way of background, Section 512(h) of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act" as part of the Digital Millennium Copyright Act ("DMCA")) provides that a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1).

This DMCA Subpoena is directed to Dropbox, Inc. the entity whose website whereon the relevant infringing activities have occurred.

Petitioner Fashion GPS has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h) and hereby files the following items with the Clerk:

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

MISCELLANEOUS ACTION: REQUEST
FOR IDENTITY OF INFRINGERS
PURSUANT TO 17 U.S.C. § 512(H)

(1) Fashion GPS has submitted a copy of the notification required by 17 U.S.C. §512(c)(3)(A) as Exhibit 1 to the Chatterjee Declaration, (*See* Decl. of Chatterjee, ¶ 4), submitted concurrently herewith;

(2) Fashion GPS has submitted the proposed DMCA Subpoena concurrently herewith;

(3) Fashion GPS has submitted a sworn declaration, (*See* Decl. of Chatterjee, ¶ 5), attesting that the subpoena is being sought in order to obtain the identity of an alleged infringers and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code.

Accordingly, because Fashion GPS has complied with the statutory requests, it respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant 17 U.S.C. § 512(h) and return it to the undersigned counsel for service on the subpoena recipient.

Dated: February 9, 2016

I. NEEL CHATTERJEE
Orrick, Herrington & Sutcliffe LLP

By: _____
I. NEEL CHATTERJEE
Attorney for Petitioner
Fashion GPS, Inc.